United States Bankruptcy Court
District of Arizona

In re:
JEROME JACKSON
Debtor

Case No. 17-03062-PS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2 User: taylore Page 1 of 2 Date Rcvd: Jun 16, 2017
Form ID: cla001 Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2017.

db +JEROME JACKSON, 1727 W LACEMONT PL, PHOENIX, AZ 85015-2028
14456809 +715 N Gilbert Rd, Mesa AZ 85203-6656
14488918 AZ DEPT OF ECONOMIC SECURITY, OFFICE OF ACCTS RECEIVABLE & COLLECTIONS, PO BOX 60, PHOENIX, AZ 85001-0060
14456810 +Acceptance Now, 8020 S Gessner Dr, Houston TX 77036-7418
14502056 +AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853
14456812 +BYL SVC, PO BOX 569, Malvern PA 19355-0569
14482643 +CJA Finance, Inc., 1313 S Country Club Drive, Mesa, AZ 85210-5129
14456813 +Canyon Springs Apartment Homes, 14020 N. Black Canyone Hwy, Phoenix AZ 85053-5800
14456814 +Collections USA Inc, 21620 N 19th Ave #A103, Phoenix AZ 85027-2729
14456819 +Equifax, PO Box 740241, Atlanta GA 30374-0241
14456820 +Experian, PO Box 4500, Allen TX 75013-1311
14456825 +Lobel Financial Corporation, PO BOX 7290, Phoenix AZ 85011-7290
14468370 +Lobel Financial Corporation, c/o Seidberg Law Offices, PC, PO Box 7290, Phoenix AZ 85011-7290
14456826 +Medical Payment Data, 326 E. Coronado Rd, Phoenix AZ 85004-1524
14456827 +National Credit System, 3750 Naturally Fresh Blvd, Atlanta GA 30349-2964
14456828 +Navient Solutions Inc, 1002 Arthur Dr, Lynn Haven FL 32444-1683
14456829 +Ncc Business Svcs Inc, 9428 Baymeadows Rd Ste 2, Jacksonville FL 32256-7912
14456830 +Pfg Funding Reporting, 1313 South Country Club Drive, Mesa AZ 85210-5129
14456831 +Revsolve Inc, Po Box 310, Scottsdale AZ 85252-0310
14456833 +Seidberg Law Offices PC, PO Box 7290, Phoenix AZ 85011-7290
14498602 Southwest Gas Corporation, PO Box 1498 - attn Bankruptcy Desk, Victorville, CA 92393-1498
14456834 #+Stellar Recovery Inc, 1327 Hwy 2 W, Kalispell MT 59901-3413
14456836 +TransUnion, PO Box 505, Woodlyn PA 19094-0505
14456837 +Us Collections West In, 2320 W Peoria Ave Ste C1, Phoenix AZ 85029-4767

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg EDI: AZDEPREV.COM Jun 16 2017 22:58:00 AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650
14456811 +EDI: AZDEPREV.COM Jun 16 2017 22:58:00 Arizona Department of Revenue, PO Box 29070, Phoenix AZ 85038-9070
14456815 +EDI: CREDPROT.COM Jun 16 2017 22:58:00 Credit Protection Assocation, 1355 Noel Rd Suite 2100, Dallas TX 75240-6837
14456816 +EDI: NAVIENTFKASMDOE.COM Jun 16 2017 22:58:00 Department of Ed/Navient, Po Box 9635, Wilkes Barre PA 18773-9635
14456817 +EDI: DCI.COM Jun 16 2017 22:58:00 Diversified, Po Box 551268, Jacksonville FL 32255-1268
14456818 +E-mail/Text: bknotice@erccollections.com Jun 16 2017 23:10:32 Enhanced Recovery Company LLC, 8014 Bayberry Road, Jacksonville FL 32256-7412
14456822 +EDI: PHINAMERI.COM Jun 16 2017 22:58:00 GM Financial, 801 Cherry St Ste 3900, Fort Worth TX 76102-6839
14456823 +E-mail/Text: bknoticing@grantweber.com Jun 16 2017 23:10:28 Grant & Weber, 14795 N 78th Way Ste 800, Scottsdale AZ 85260-3010
14456824 EDI: IRS.COM Jun 16 2017 22:58:00 Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346
14456832 +E-mail/Text: bk@rgsfinancial.com Jun 16 2017 23:09:37 Rgs Financial, 1700 Jay Eli Dr Ste 200, Richardson TX 75081-6788
14456835 +E-mail/Text: tidewaterlegalebn@twcs.com Jun 16 2017 23:10:02 Tdwtr Mtr, 6520 Indian Riverroad, Virginia Beach VA 23464-3439

TOTAL: 11

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

14456821 Gerald Blaise
cr* +AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853

TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:

ADAM E. HAUF on behalf of Debtor JEROME JACKSON adam@hauflaw.com, admin@hauflaw.com, laura@hauflaw.com,ecf@hauflaw.com,paralegal@hauflaw.com,notices@nextchapterbk.com, r43529@notify.bestcase.com

DINA ANDERSON DAnderson@DLATrustee.com,lbailey@DLATrustee.com,dlanderson@ecf.epiqsystems.com, dla@trustesolutions.net,tkirn@dlatrustee.com

U.S. TRUSTEE USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

JEROME JACKSON
1727 W LACEMONT PL
PHOENIX, AZ 85045
**SSAN:** xxx−xx−6484
**EIN:**

Debtor(s)

Case No.: 2:17−bk−03062−PS

Chapter: 7

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1. All Creditors of the above−named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **September 18, 2017** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2. For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3. The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4. YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

**Date: June 16, 2017**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**